# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge:** Esther Salas

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: November 29, 2023

**Title of Case:**

U.S.A. v. YUFENG GAO

Docket # Cr. 23-1012(ES)

**Appearances:**

Kendall Randolph, AUSA, for the govt.
Stacy Biancamano, Esq., for the deft.
Nancy Wo, Mandarin Interpreter.

**Nature of Proceedings:**   GUILTY PLEA TO AN INFORMATION

Conference with counsel and pretrial.
In the courtroom and on record.
Mandarin Interpreter affirmed.
Defendant present and affirmed.
Defendant is advised of his rights and charges.
Factual basis placed on the record.
Plea entered: GUILTY to a One-Count Information.
Court accepts the plea.
Information filed.
Waiver of Indictment filed.
Rule 11 Form filed.
Plea Agreement filed.
Sentence: May 23, 2024 at 11:00 a.m.
Ordered bail continued.

Time  Commenced:  1:00  p.m.
Time  Adjourned:   2:45  p.m.
Total Time: 1.45

Elisaveta Kalluci
Courtroom Deputy