UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Case No.: 2:23-cr-01012

VS.

Yufeng Gao

: **ORDER FOR RELEASE OF MEDICAL**
: **RECORDS BY UNITED STATES**
: **PROBATION OFFICE TO COUNSEL TO**
: **THE DEFENDANT**

    This matter having come before the Court on the application of defendant Yufeng Gao (by Stacy Biancamano, Esq.) for an order granting the release of medical records obtained by the United States Probation Office regarding the Defendant in connection with the above-captioned matter to permit the Defendant to prepare for sentencing. Because Counsel for the Defendant has been unable to secure medical records for the Defendant despite multiple attempts to do so, the Court hereby ORDERS the release of any and all such medical records received by the United States Probation Office to Counsel for the Defendant.

Date:  9/12/2024

_____
HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE