**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Esther Salas |
| v. | Criminal No. 23-01012 |
| YUFENG GAO | **SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing

materials to the Court in this case concerning the defendant.

Dated: April 3, 2025

Respectfully submitted,

ALINA HABBA
United States Attorney

*/s/ Benjamin D. Bleiberg*
By:    Mark J. Pesce
Benjamin D. Bleiberg
Assistant U.S. Attorneys