Stacy Ann Biancamano
Biancamano Law
42A N 20th Street,
Kenilworth, New Jersey 07033
Phone: (908) 858-2161
Fax: (908) 858-2140

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YUFENG GAO | Docket No.: 2:23-CR-01012-1<br><br>**SENTENCING SUBMISSION NOTICE OF YUFENG GAO** |

    Please be advised that, on this date, that Stacy Biancamano Esq. submitted sentencing materials to the Court in this case concerning the defendant YUFENG GAO.

Date: April 9, 2025

                                                                                                      Respectfully submitted,

                                                                                                      Stacy Biancamano, Esq.